✓ FILED         ___ RECEIVED
___ ENTERED     ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

OCT 1 2 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:11-CR-211-LRH (CWH) |
| ORLANDO ZAVALA PEIRO, | ) ) | |
| Defendant. | ) ) | |

### ORDER OF FORFEITURE

This Court finds that on October 12, 2011, defendant ORLANDO ZAVALA PEIRO, pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Count One with Possession of a Controlled Substance with Intent to Distribute - Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii) and in Count Two with Unlawful Re-Entry of a Deported Alien, in violation of Title 8, United States Code, Section 1326 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment and agreed to in the Plea Memorandum. Docket #12.

This Court finds that ORLANDO ZAVALA PEIRO shall pay a criminal forfeiture money judgment of $2,500.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Section 853(a)(1) and (a)(2).

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ORLANDO ZAVALA PEIRO a criminal forfeiture money judgment in the amount of $2,500.00 in United States Currency.

DATED this 12th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

2